IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**THESSALONIANS JACKSON**                                            **PLAINTIFF**

Vs.                                                  **CIVIL ACTION NO. 3:08-cv-546-WHB-LRA**

**BALBOA INSURANCE COMPANY**                                    **DEFENDANT**

## JUDGMENT OF DISMISSAL WITH PREJUDICE

The Court being advised that all issues existing between the parties have been resolved, it is the opinion of the Court that this matter shall be dismissed with prejudice.

IT IS THEREFORE ORDERED AND ADJUDGED that the claims of Plaintiff Thessalonians Jackson against Defendant Balboa Insurance Company are hereby dismissed with prejudice, with the parties to bear their respective costs.

**SO ORDERED**, this the 24th day of November, 2009.

                                             s/William H. Barbour, Jr.
                                             **UNITED STATES DISTRICT JUDGE**

**AGREED:**

*s/ Kelly D. Simpkins*
Kelly D. Simpkins (MSB # 9028)
J. Spencer Young, Jr. (MSB # 102562)
WELLS MARBLE & HURST, PLLC
P.O. Box 131
Jackson, Mississippi 39205-0131
**Counsel for Defendant Balboa Insurance Company**


*s/ John Richard May*
John Richard May, Jr., Esq.
THE MAY LAW FIRM, PLLC
728 North Congress Street
Jackson, Mississippi 39202
Brian Herrington, Esq.
HERRINGTON LAW, P.A.
405 Tombigbee Street
Jackson, Mississippi 39201
**Counsel for Plaintiff Thessalonians Jackson**